**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KAYLAH ALEEAH JOHNSON,

Plaintiff,

v. Case No: 6:25-cv-1668-AGM-LHP

RINALNILESH KISSIMMEE LLC, NILESH GHEEWALLA and RINAL GHEEWALLA,

Defendants

---

**ORDER**[1]

On July 21, 2026, the Court granted the parties' Renewed Joint Motion to Approve FLSA Settlement and for Final Judgment (Doc. No. 42), and directed Plaintiff to file a motion for quantification of fees and costs within forty-five (45) days. Doc. No. 47. *See also* Local Rule 7.01(c). That deadline expired on September 4, 2026, however Plaintiff did not file her motion until September 8, 2026. Doc. No. 48. Plaintiff did not seek an extension of the deadline, nor did she explain her late filing. Instead, on September 28, 2026, Defendants filed their response in

---

[1] This case has been referred to the undersigned for case management. *See* Doc. No. 12.

opposition, raising both the timeliness issue and an alleged failure to properly confer as required by Local Rules 3.01(g) and 7.01(c). Doc. No. 53. The Court directed Plaintiff to file a reply addressing both issues (Doc. No. 54), which Plaintiff filed on October 1, 2026. Doc. No. 55.

Upon review of the motion, response, reply, and attachments, it is clear to the Court that the parties are not conferring in good faith. In short, both sides contend that the other engaged in delays preventing any meaningful conferral. To be frank, the Court finds fault on both sides. And while the Court finds Plaintiff's explanation for the late-filing to be lacking, simply denying the motion on that basis based on a 4-day delay seems an unnecessarily extreme sanction that will only punish the Plaintiff. On the other hand, the Court also finds Defendants are entitled to an opportunity to fully address Plaintiff's requested fees and costs.

Accordingly, the best solution at this point is to provide, in golfing parlance, a mulligan. Plaintiff's Motion for Quantification of Attorneys Fees (Doc. No. 48) is **DENIED WITHOUT PREJUDICE.** Within **seven (7) days** from the date of this Order, Plaintiff shall provide to Defendants copies of all billing records for all attorney time Plaintiff seeks to recover in this case, along with copies of evidence sufficient to support any requested costs. Within **fourteen (14) days** from the date of this Order, counsel for Plaintiff and Defendants shall meet and confer **in person** in an effort to resolve the amount of fees and costs due to Plaintiff. Within **thirty**

**(30) days** from the date of this Order, Plaintiff shall file a renewed motion for quantification of fees and costs. Such motion must be filed in compliance with Local Rules 3.01 and 7.01, and must contain a detailed recitation of the parties' **in person** meet and confer. The motion must also contain argument and citation to applicable legal authority establishing both the requested hourly rate(s) and requested hours, as well as establishing the recovery of any requested costs. All requested fees and costs must be supported by evidence, and any billing records must be submitted in at least 13-point font and be legible (the current copy submitted is unreadable). Defendants shall file their response and/or objections within **fourteen (14) days** thereafter. *See* Local Rule 3.01(d).

Plaintiff is advised that any fee or cost not supported in this manner will result in a recommendation to the Presiding District Judge that it be denied. Defendants are advised that any objections that are not supported by argument and citation to applicable legal authority will result in a recommendation that the objection be overruled. The parties are further advised that these deadlines will not be extended absent the filing of a motion in advance of expiration of the deadline, supported by legal authority and a showing of good cause.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record